UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-CV-20748-HOEVELER

MERCEDES D. BENAVIDES, and all others
similarly situated,

Plaintiff,

vs.

BAÑOS TOWING SERVICES CORP., and
DOMINGO BAÑOS,

Defendants.
_____/

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES
AND FIRST REQUEST FOR PRODUCTION AND MEMORANDUM OF LAW**

Plaintiff, Mercedes Benavides, ("Benavides") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 37(a)(2)(B) and Rule 26.1H of the Local Rules for the Southern District of Florida hereby serves her Motion to Compel Responses to Plaintiff's First Set of Interrogatories and First Request for Production and respectfully states as follows:

1. This is a claim for unpaid minimum and overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. §201, et. seq. *See* DE 1.  For the period of Plaintiff's employment, December 2007 until October 2011, she worked approximately 55 to 60 hours per week for which she was compensated a weekly salary of $160.00.

2. Plaintiff served her First Set of Interrogatories and Request for Production to Defendants on August 22, 2013. Defendants' responses were due on October 23,

2013. *See* Exhibit A.  Ms. Veronica Rodriguez, assistant to Mr. Pepe Herrera, counsel for Defendants, requested a month extension of time, until October 23, 2013.  Counsel for Plaintiff did not agree to the requested extension. *See* Exhibit B.  Counsel for Defendants did not request an enlargement of time from the Court and simply failed to respond to the written discovery requests.

3. Before filing a Motion to Compel, counsel for Plaintiff reached out to Mr. Herrera in an email dated December 2 as to the status of the responses to the written discovery requests.  *See Exhibit B*.  Ms. Rodriguez, Mr. Herrera's assistant, requested "through the close of business on Friday, December 6, 2013, to provide the responses to Plaintiff's Interrogatories and Requests for Production."  *See* Exhibit B.  Undersigned counsel agreed to the requested extension.  *See* Exhibit B.

4. To date, Defendants have not responded to these discovery requests.

5. On Tuesday, December 10, counsel for Plaintiff inquired with counsel for Defendants as to the status of the responses to Plaintiff's first written discovery requests.  *See* Exhibit C.  At the time Plaintiff's Motion to Compel was filed, neither counsel for Defendants nor his legal assistant, who has responded to all of the communications on this subject, have responded to the December 10 email or to Plaintiff's discovery requests.

6. The undersigned certifies that she has attempted to confer in good faith with Defendants' counsel in an effort to resolve this discovery dispute.

7. In addition to an Order compelling responses to Plaintiff's written discovery requests, Plaintiff respectfully submits that Defendants have waived any and/or all objections they may have raised since they failed to timely respond and/or assert objections to

Plaintiff's written discovery requests. *See* S.D. Local Rule 26.1.(g)(3)(A) and Appendix A, Section I (D)(3)("When objections are untimely made, they are waived)

8. WHEREFORE, based on the foregoing, Plaintiff respectfully requests that this Court grant her Motion to Compel Responses to Plaintiff's First Set of Interrogatories and First Request for Production and require Defendant to produce her responses within three (3) days from the date of the Court's Order.  Plaintiff further seeks attorney's fees and costs incurred in filing her Motion to Compel.[1]

## MEMORANDUM OF LAW

Both the Local and Federal Rules of Civil Procedure allow the parties to conduct written discovery by means of written interrogatories and requests for production.  *S.D. Local rule 26.1G; Fed. R. Civ. P. 33 and 34.*  The overall purpose of discovery under the Federal Rules is to require the disclosure of all relevant information so that the ultimate resolution of disputes issues in any civil action may be based on a full and accurate understanding of the true facts.  *United States v. Procter & Gamble Co.,* 356 U.S. 677, 682 (1958).

The party upon whom the discovery is served must provide a response within thirty days from the date of service. *Fed. R. Civ. P. 33 and 34.* Defendant has failed to comply with the local and federal rules of discovery as they have failed to provide their responses to Plaintiff's discovery requests.  The courts have the power to compel adequate answers. *Harvey v West Acquisitions & Inv. Group, Inc., 2008 U.S. Dist. Lexis*

---

[1] Fed. R. Civ. P. 37(a)(5)(A) provides in pertinent part, as follows: If the motion is granted – or if the disclosure or requested discovery is provided after the motion was filed – the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay movant's reasonable expenses in making the motion, including attorney's fees.

*6297 (S.D. Fla. Jan. 29, 2008).* In this case, Defendants have failed to submit their responses to legitimate discovery requests and the Court should compel them to provide their responses.

Based on the foregoing, Plaintiff respectfully requests that this Court compel Defendants to provide their responses to Plaintiff First Set of Interrogatories and First Request for Production within three days from the date of the Court's Order, attorney's fees and costs incurred in preparation of this Motion and any other relief that this Court deems just and appropriate.

Dated: December 11, 2013

Respectfully submitted,

ENA T. DIAZ, P.A.
*Attorneys for Plaintiff*
999 Ponce De Leon Blvd., Suite 720
Coral Gables, FL 33134
Tel: (305) 377-8828
Fax: (305) 356-1311
ediaz@enadiazlaw.com

By: ___/s/_____
    ENA T. DIAZ
    Fla. Bar No. 0090999

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will in turn send a notice of electronic filing to: Jose M. Herrera, Esq., Jose M. Herrera, P.A., 2350 Coral Way, Suite 201, Miami, Florida 33145 on this 11th day of December 2013.

_/s/_____
ENA T. DIAZ