UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20748-CIV-HOEVELER/O'SULLIVAN

MERCEDES D. BENAVIDES, and all others
similarly situated,

    Plaintiff,

v.

BANOS TOWING SERVICES CORP., and
DOMINGO BANOS,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Interrogatories and First Request for Production (DE # 20, 12/11/13).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED the Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Interrogatories and First Request for Production (DE # 20, 12/11/13) is GRANTED.  On or before February 24, 2014, the defendants shall respond

to the Plaintiff's First Set of Interrogatories and the Plaintiff's First Request for Production .

DONE and ORDERED, in chambers, in Miami, Florida, this 20th day of February, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Hoeveler

All Counsel of Record